[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10702
Non-Argument Calendar

_____

D.C. Docket No. 3:10-cr-00171-HES-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM TYLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 20, 2012)

Before CARNES, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Stephen A. Mosca, appointed counsel for William Tyler in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Tyler's supervised release, and his 24-month sentence of imprisonment, are **AFFIRMED**.